# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2013

146187 & (12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

ROBERT DAVIS,
     Petitioner-Appellant,

v

SC: 146187
COA: 313297

EMERGENCY FINANCIAL MANAGER
FOR THE DETROIT PUBLIC SCHOOLS,
     Respondent-Appellee.

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 16, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2013 _____

_____
Clerk

h0116